

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00377-CV

**Jameson  Thottam**

**v.**

**Elizabeth Joseph**

NO. 2007-75702 IN THE 311TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/01/2015 | E-PAID | ANT |
| MT FEE | $5.00 | 05/01/2015 | NOT PAID | ANT |
| MT FEE | $10.00 | 04/23/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 11/25/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/25/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/12/2014 | E-PAID | APE |
| SUPP RPT RECORD | $78.00 | 11/10/2014 | PAID | APE |
| MT FEE | $10.00 | 10/13/2014 | E-PAID | APE |
| SUPP CLK RECORD | $33.00 | 09/18/2014 | UNKNOWN | UNK |
| MT FEE | $10.00 | 09/12/2014 | NOT PAID | ANT |
| SUPP CLK RECORD | $2,064.00 | 08/28/2014 | PAID | ANT |
| MT FEE | $10.00 | 04/03/2014 | E-PAID | APE |
| MT FEE | $10.00 | 04/03/2014 | E-PAID | APE |
| MT FEE | $10.00 | 04/03/2014 | E-PAID | APE |
| MT FEE | $10.00 | 02/25/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $1,322.00 | 02/19/2014 | PAID | ANT |
| MT FEE | $10.00 | 01/22/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/17/2013 | E-PAID | ANT |
| RPT RECORD | $158.40 | 11/25/2013 | PAID | ANT |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 11/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/22/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/22/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 10/18/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/18/2013 | E-PAID | ANT |
| CLK RECORD | $754.00 | 09/25/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/17/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/12/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/12/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 05/31/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 05/31/2013 | E-PAID | APE |
| MT FEE | $10.00 | 05/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/15/2013 | E-PAID | ANT |
| FILING | $175.00 | 05/07/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/07/2013 | PAID | ANT |
| MT FEE | $10.00 | 04/30/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 04/30/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,819.40.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 9, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**